IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STANZA DONALD**                                                                                                **PLAINTIFF**

v.                                   **CASE NO. 4:12CV00166 BSM**

**TALECRIS PLASMA CENTER et al.**                                                         **DEFENDANTS**

### ORDER

Upon plaintiff Stanza Donald's motion for voluntary dismissal [Doc. No. 41], all claims against defendant International BioResources, LLC ("IBR") are dismissed without prejudice. IBR's motion to dismiss [Doc. No. 25] is denied as moot. Each party shall bear its own costs, attorneys' fees and expenses.

IT IS SO ORDERED this 16th day of April 2012.

_____
UNITED STATES DISTRICT JUDGE